IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-00210-LTB-OES

CONSUMER CRUSADE, INC.,

      Plaintiff,

v.

iHIRE, LLC, , a Delaware limited liability company; and
DAVID MacFADYEN, its officer and director;

      Defendants.

_____

ORDER
_____

      Consumer Crusade, Inc. ("Consumer Crusade") filed this lawsuit pursuant to the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227.  It alleged that the defendants wilfully and knowingly sent, in violation of the TCPA, 177 unsolicited facsimile transmissions to persons resident in Colorado, who have since assigned to Consumer Crusade their resultant claims under the TCPA.  The defendants have moved for dismissal.  The motion is adequately briefed and oral arguments would not materially aid its resolution.  For the reasons stated below, I GRANT the motion to dismiss.

      As I recently held in *US Fax Law Center, Inc. v. iHire, Inc.*, 373 F. Supp. 2d 1208 (D. Colo. 2005), claims under the TCPA are not assignable and a purported assignee of such claims thus cannot be a real party in interest with standing to sue.  Also, Judge Figa recently found no jurisdictional basis to entertain such claims in federal court.  *Consumer Crusade, Inc. v. Fairon and Associates, Inc.*, 379 F. Supp. 2d 1132 (D. Colo. 2005).  For the reasons stated in those

opinions, this case must be dismissed. I have reviewed Judge Hoffman's decision in *USA Tax Law Center, Inc. v. Bridge 21, Inc.*, Denver District Court, Case No. 03cv9245, a copy of which Consumer Crusade has provided, and find nothing in it that would persuade me to reconsider my holding in *US Fax Law Center, Inc. v. iHire, Inc.*.

     Accordingly, it is ORDERED that

1) the defendants' motion to dismiss is GRANTED; and

2) judgment shall enter in favor of the defendants on all counts with costs.

Dated: October  25 , 2005, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge